## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ELISEO HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>DAKOTA COUNTY DISTRICT COURT; JUDGE MICHELLE M. WAHI, *Intervener*; and MARY A. PFEIFER,<br><br>Defendants. | Case No. 18-CV-0812 (MJD/SER)<br><br><br>**ORDER** |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED:**

1. This matter be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Eliseo Hernandez [ECF No. 2] be DENIED.

Dated: May 1, 2018

*s/Michael J. Davis*
Michael J. Davis
U.S. District Court Judge